PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
SHANNON FISHEL, GABN 376604
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (404) 562-1076
    E-Mail: Shannon.Fishel@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL RENE ROMERO,<br>    Plaintiff,<br>v.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>    Defendant. | CIVIL NO. 1:22-cv-01337-SKO<br><br>**ORDER GRANTING STIPULATION AND UNOPPOSED MOTION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT**<br><br>**(Doc. 14)** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

On remand, the Commissioner will offer Plaintiff the opportunity for a new hearing; further develop the record as necessary; consider all pertinent issues *de novo*, including, but not limited to, reconsidering Plaintiff's subjective statements, and reconsidering the medical opinions and prior administrative medical findings; and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  Month April 19, 2023        */s/  Francesco P. Benavides*
                                    FRANCESCO P. BENAVIDES
                                    Attorney for Plaintiff
                                    *Authorized via e-mail on April 18, 2023

                                    PHILLIP A. TALBERT
                                    United States Attorney
                                    MATHEW W. PILE
                                    Associate General Counsel
                                    Social Security Administration

                            By:     /s/ *Shannon Fishel*
                                    SHANNON FISHEL
                                    Special Assistant United States Attorney

                                    Attorneys for Defendant

**ORDER**

Based upon the parties' foregoing Stipulation and Unopposed Motion for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 14), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

The Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and thereafter close this case.

IT IS SO ORDERED.

Dated:  **April 21, 2023**                  /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE